UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYSON EDWARD ARMY,

    Plaintiff,

v.   Case No. 10-11225

CITY OF DETROIT and DALE COLLINS,

    Defendants.
    _____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated May 24, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit and Dale Collins and against Plaintiff Tyson Edward Army.

Dated at Detroit, Michigan, this 24th day of May 2011.

          DAVID J. WEAVER
          CLERK OF THE COURT

          S/Lisa Wagner
         By: Lisa Wagner, Case Manager and Deputy Clerk
          to Judge Robert H. Cleland